VILLAGE OF NEWBURGH HEIGHTS - DIRECT DEPOSIT VOUCHER

DATE: 02/25/22   RATE    34.3200   FED:M   EXMP:09   ST:M   EXMP:02   CHECK#0000058610
EMP#:7701-004   HOME DEPT:MAYOR                               ENDING DATE: 02/19/22

NAME:TREVOR K ELKINS              BENEFIT HOURS      BALANCE        Y-T-D
     3888 E. 43rd STR.            VACATION              .00          .00
     NEWBURGH HTS., OH 44105      SICK TIME          731.86          .00
                                  HOLIDAY TIME          .00          .00
                                  PERSONAL TIME         .00          .00

| CURRENT PAY | HOURS | CURRENT | Y-T-D | DEDUCTIONS | CURRENT | Y-T-D |
|---|---|---|---|---|---|---|
| REGULAR | 80.00 | 2745.60 | 10982.40 | FED TAX | 63.61 | 254.44 |
| GROSS PAY | 80.00 | 2745.60 | 10982.40 | STATE TAX | 70.93 | 283.72 |
| TOTAL DED | | 1515.72 | 6046.48 | CTY TAX-NH | 52.42 | 209.68 |
| NET PAY | | 1229.88 | 4935.92 | PENSION | 137.28 | 549.12 |
| Timecard Detail | Hours | Rate | Amount | MEDICARE | 38.01 | 152.04 |
| R -REGULAR | 80.00 | 34.3200 | 2745.60 | ANTHEM LIF | 8.20 | 16.40 |
| | | | | HOSPITALIZ | 123.14 | 492.56 |
| | | | | VISION | 1.39 | 5.56 |
| | | | | DENTAL | 5.74 | 22.96 |
| | | | | CHECKING D | 1015.00 | 4060.00 |
| | | | | TOTAL DED | 1515.72 | 6046.48 |

0000058610

02/25/22

$*****1229.88

Village of Newburgh Heights (DIRECT DEPOSIT VOUCHER)

* * N O N - N E G O T I A B L E * *

TREVOR K ELKINS
3888 E. 43rd STR.
NEWBURGH HTS., OH 44105

VILLAGE OF NEWBURGH HEIGHTS - DIRECT DEPOSIT VOUCHER

DATE: 03/11/22   RATE    34.3200  FED:M  EXMP:09  ST:M  EXMP:02   CHECK#0000058665
EMP#:7701-004    HOME DEPT:MAYOR                        ENDING DATE:  03/05/22

NAME:TREVOR K ELKINS          BENEFIT HOURS.      BALANCE          Y-T-D
     3888 E. 43rd STR.        VACATION              .00              .00
     NEWBURGH HTS., OH 44105   SICK TIME          736.46             .00
                              HOLIDAY TIME          .00              .00
                              PERSONAL TIME         .00              .00

| CURRENT PAY | HOURS | CURRENT | Y-T-D | DEDUCTIONS | CURRENT | Y-T-D |
|---|---|---|---|---|---|---|
| REGULAR | 80.00 | 2745.60 | 13728.00 | FED TAX | 63.61 | 318.05 |
| GROSS PAY | 80.00 | 2745.60 | 13728.00 | STATE TAX | 70.93 | 354.65 |
| TOTAL DED | | 1507.52 | 7554.00 | CTY TAX-NH | 52.42 | 262.10 |
| NET PAY | | 1238.08 | 6174.00 | PENSION | 137.28 | 686.40 |
| Timecard Detail | Hours | Rate | Amount | MEDICARE | 38.01 | 190.05 |
| R -REGULAR | 80.00 | 34.3200 | 2745.60 | ANTHEM LIF | | 16.40 |
| | | | | HOSPITALIZ | 123.14 | 615.70 |
| | | | | VISION | 1.39 | 6.95 |
| | | | | DENTAL | 5.74 | 28.70 |
| | | | | CHECKING D | 1015.00 | 5075.00 |
| | | | | TOTAL DED | 1507.52 | 7554.00 |

0000058665

03/11/22

$*****1238.08

Village of Newburgh Heights (DIRECT DEPOSIT VOUCHER)

* * N O N - N E G O T I A B L E * *

TREVOR K ELKINS
3888 E. 43rd STR.
NEWBURGH HTS., OH 44105

VILLAGE OF NEWBURGH HEIGHTS - DIRECT DEPOSIT VOUCHER

DATE: 03/25/22  RATE   34.3200  FED:M  EXMP:09  ST:M  EXMP:02  CHECK#0000058710
EMP#:7701-004   HOME DEPT:MAYOR                            ENDING DATE:  03/19/22

NAME:TREVOR K ELKINS          BENEFIT HOURS      BALANCE        Y-T-D
    3888 E. 43rd STR.         VACATION             .00           .00
    NEWBURGH HTS., OH 44105    SICK TIME         741.06           .00
                              HOLIDAY TIME         .00           .00
                              PERSONAL TIME        .00           .00

| CURRENT PAY | HOURS | CURRENT | Y-T-D | DEDUCTIONS | CURRENT | Y-T-D |
|---|---|---|---|---|---|---|
| REGULAR | 80.00 | 2745.60 | 16473.60 | FED TAX | 63.61 | 381.66 |
| GROSS PAY | 80.00 | 2745.60 | 16473.60 | STATE TAX | 70.93 | 425.58 |
| TOTAL DED | | 1515.72 | 9069.72 | CTY TAX-NH | 52.42 | 314.52 |
| NET PAY | | 1229.88 | 7403.88 | PENSION | 137.28 | 823.68 |
| Timecard Detail | Hours | Rate | Amount | MEDICARE | 38.01 | 228.06 |
| R -REGULAR | 80.00 | 34.3200 | 2745.60 | ANTHEM LIF | 8.20 | 24.60 |
| | | | | HOSPITALIZ | 123.14 | 738.84 |
| | | | | VISION | 1.39 | 8.34 |
| | | | | DENTAL | 5.74 | 34.44 |
| | | | | CHECKING D | 1015.00 | 6090.00 |
| | | | | TOTAL DED | 1515.72 | 9069.72 |

0000058710

03/25/22

$*****1229.88

Village of Newburgh Heights (DIRECT DEPOSIT VOUCHER)

* * N O N - N E G O T I A B L E * *

TREVOR K ELKINS
3888 E. 43rd STR.
NEWBURGH HTS., OH 44105

VILLAGE OF NEWBURGH HEIGHTS - DIRECT DEPOSIT VOUCHER

DATE: 04/08/22   RATE    34.3200   FED:M  EXMP:09  ST:M  EXMP:02  CHECK#0000058760
EMP#:7701-004    HOME DEPT:MAYOR                     ENDING DATE:  04/02/22

NAME:TREVOR K ELKINS              BENEFIT HOURS      BALANCE      Y-T-D
     3888 E. 43rd STR.            VACATION              .00        .00
     NEWBURGH HTS., OH 44105      SICK TIME          745.66        .00
                                  HOLIDAY TIME          .00        .00
                                  PERSONAL TIME         .00        .00


     CURRENT PAY     HOURS    CURRENT     Y-T-D     DEDUCTIONS    CURRENT      Y-T-D
REGULAR              80.00    2745.60   19219.20    FED TAX         63.61     445.27
GROSS PAY            80.00    2745.60   19219.20    STATE TAX       70.93     496.51
TOTAL DED                     1507.52   10577.24    CTY TAX-NH      52.42     366.94
NET PAY                       1238.08    8641.96    PENSION        137.28     960.96
Timecard Detail      Hours     Rate     Amount      MEDICARE        38.01     266.07
R -REGULAR           80.00    34.3200    2745.60    ANTHEM LIF                 24.60
                                                    HOSPITALIZ     123.14     861.98
                                                    VISION           1.39       9.73
                                                    DENTAL           5.74      40.18
                                                    CHECKING D    1015.00    7105.00
                                                    TOTAL DED     1507.52   10577.24


0000058760

04/08/22

$*****1238.08

Village of Newburgh Heights (DIRECT DEPOSIT VOUCHER)

* * N O N - N E G O T I A B L E * *


TREVOR K. ELKINS
3888 E. 43rd STR.
NEWBURGH HTS., OH 44105



Aimbridge Employee Service Corp.
5301 Headquarters Drive
Plano, TX 75024
972-952-0200

**Pay Statement**
Period Start Date 02/06/2022
Period End Date 02/19/2022
Pay Date 02/25/2022
Document 2076473
**Net Pay $2,226.71**

## Pay Details

**Laura Linares**
3888 E 43rd St
Newburgh Heights, OH 44105
USA

| | | | |
|---|---|---|---|
| Employee Number | 000045576 | Pay Group | B3 Aimbridge EE Service |
| SSN | XXX-XX-XXXX | Location | Renaissance Cleveland |
| Job | Director Front Office | Property | 298 - Renaissance Cleveland |
| Pay Rate | $36.0577 | Department | 100 - Rooms (GL - 10) |
| Pay Frequency | Biweekly | | |

## Earnings

| Pay Type | Week | Job | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| GTL | 2 | Director Front Office | | | $1.15 | $4.60 |
| Regular-Salary | 2 | Director Front Office | 80.0000 | $36.0577 | $2,884.62 | $11,538.48 |

Total Hours Worked 80.0000    Total Hours 80.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| GTL | No | $1.15 | $4.60 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $210.95 | $843.80 |
| Employee Medicare | $41.84 | $167.37 |
| Social Security Employee Tax | $178.92 | $715.67 |
| OH State Income Tax | $81.92 | $327.68 |
| Cleveland | $72.14 | $288.56 |
| Highland Hills JEDZ | $72.14 | $288.56 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| Sick pay | 0.0000 | 2.6664 | 47.9992 |
| Vacation | 0.0000 | 6.1544 | 58.4632 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx3611 | Checking | $2,226.71 |
| Total | | $2,226.71 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,885.77 | $2,885.77 | $657.91 | $1.15 | **$2,226.71** |
| YTD | $11,543.08 | $11,543.08 | $2,631.64 | $4.60 | $8,906.84 |



Aimbridge Employee Service Corp.
5301 Headquarters Drive
Plano, TX 75024
972-952-0200

| Pay Statement | |
| --- | --- |
| Period Start Date | 02/20/2022 |
| Period End Date | 03/05/2022 |
| Pay Date | 03/11/2022 |
| Document | 2105482 |
| **Net Pay** | **$2,262.76** |

## Pay Details

**Laura Linares**
3888 E 43rd St
Newburgh Heights, OH 44105
USA

| | | | |
| --- | --- | --- | --- |
| Employee Number | 000045576 | Pay Group | B3 Aimbridge EE Service |
| SSN | XXX-XX-XXXX | Location | Renaissance Cleveland |
| Job | Director Front Office | Property | 298 - Renaissance Cleveland |
| Pay Rate | $36.0577 | Department | 100 - Rooms (GL - 10) |
| Pay Frequency | Biweekly | | |

## Earnings

| Pay Type | Week | Job | Hours | Pay Rate | Current | YTD |
| --- | --- | --- | --- | --- | --- | --- |
| GTL | 2 | Director Front Office | | | $1.15 | $5.75 |
| Regular-Salary | 2 | Director Front Office | 80.0000 | $36.0577 | $2,884.62 | $14,423.10 |

Total Hours Worked  80.0000          Total Hours  80.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
| --- | --- | --- | --- | --- | --- |
| GTL | No | $1.15 | $5.75 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
| --- | --- | --- |
| Federal Income Tax | $210.95 | $1,054.75 |
| Employee Medicare | $41.85 | $209.22 |
| Social Security Employee Tax | $178.92 | $894.59 |
| OH State Income Tax | $81.92 | $409.60 |
| Cleveland | $72.14 | $360.70 |
| Newburgh Heights | $36.08 | $36.08 |
| Highland Hills JEDZ | $0.00 | $288.56 |

## Paid Time Off

| Plan | Taken | Current | Balance |
| --- | --- | --- | --- |
| Sick pay | 0.0000 | 2.6664 | 50.6656 |
| Vacation | 0.0000 | 6.1544 | 64.6176 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
| --- | --- | --- |
| xxxxxx3611 | Checking | $2,262.76 |
| Total | | $2,262.76 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
| --- | --- | --- | --- | --- | --- |
| Current | $2,885.77 | $2,885.77 | $621.86 | $1.15 | **$2,262.76** |
| YTD | $14,428.85 | $14,428.85 | $3,253.50 | $5.75 | $11,169.60 |



**HOSPITALITY**

Aimbridge Employee Service Corp.
5301 Headquarters Drive
Plano, TX 75024
972-952-0200

**Pay Statement**

| | |
|---|---|
| Period Start Date | 03/06/2022 |
| Period End Date | 03/19/2022 |
| Pay Date | 03/25/2022 |
| Document | 2129066 |

**Net Pay**     **$2,262.77**

## Pay Details

**Laura Linares**
3888 E 43rd St
Newburgh Heights, OH 44105
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 000045576 | Pay Group | B3 Aimbridge EE Service |
| SSN | XXX-XX-XXXX | Location | Renaissance Cleveland |
| Job | Director Front Office | Property | 298 - Renaissance Cleveland |
| Pay Rate | $36.0577 | Department | 10MGT - Rooms-Management |
| Pay Frequency | Biweekly | | |

## Earnings

| Pay Type | Week | Job | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| GTL | 2 | Director Front Office | | | $1.15 | $6.90 |
| Regular-Salary | 2 | Director Front Office | 80.0000 | $36.0577 | $2,884.62 | $17,307.72 |

**Total Hours Worked** 80.0000     **Total Hours** 80.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| GTL | No | $1.15 | $6.90 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $210.95 | $1,265.70 |
| Employee Medicare | $41.84 | $251.06 |
| Social Security Employee Tax | $178.92 | $1,073.51 |
| OH State Income Tax | $81.92 | $491.52 |
| Cleveland | $72.14 | $432.84 |
| Newburgh Heights | $36.08 | $72.16 |
| Highland Hills JEDZ | $0.00 | $288.56 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| Sick pay | 0.0000 | 2.6664 | 53.3320 |
| Vacation | 0.0000 | 6.1544 | 70.7720 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx3611 | Checking | $2,262.77 |
| Total | | $2,262.77 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,885.77 | $2,885.77 | $621.85 | $1.15 | $2,262.77 |
| YTD | $17,314.62 | $17,314.62 | $3,875.35 | $6.90 | $13,432.37 |



Aimbridge Employee Service Corp.
5301 Headquarters Drive
Plano, TX 75024
972-952-0200

**Pay Statement**
Period Start Date 03/20/2022
Period End Date 04/02/2022
Pay Date 04/08/2022
Document 2158231
**Net Pay** **$2,262.77**

## Pay Details

**Laura Linares**
3888 E 43rd St
Newburgh Heights, OH 44105
USA

| | | | |
|---|---|---|---|
| Employee Number | 000045576 | Pay Group | 83 Aimbridge EE Service |
| SSN | XXX-XX-XXXX | Location | Renaissance Cleveland |
| Job | Director Front Office | Property | 298 - Renaissance Cleveland |
| Pay Rate | $36.0577 | Department | 10MGT - Rooms-Management |
| Pay Frequency | Biweekly | | |

## Earnings

| Pay Type | Week | Job | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| Annual Bonus | | | 0.0000 | $0.0000 | $0.00 | $3,462.35 |
| GTL | 2 | Director Front Office | | | $1.15 | $8.05 |
| Regular-Salary | 2 | Director Front Office | 80.0000 | $36.0577 | $2,884.62 | $20,192.34 |

**Total Hours Worked** 80.0000    **Total Hours** 80.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| GTL | No | $1.15 | $8.05 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $210.95 | $2,238.37 |
| Employee Medicare | $41.84 | $343.11 |
| Social Security Employee Tax | $178.92 | $1,467.09 |
| OH State Income Tax | $81.92 | $694.62 |
| Cleveland | $72.14 | $591.54 |
| Newburgh Heights | $36.08 | $151.53 |
| Highland Hills JEDZ | $0.00 | $288.56 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| Sick pay | 0.0000 | 2.6664 | 55.9984 |
| Vacation | 0.0000 | 6.1544 | 76.9264 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx3611 | Checking | $2,262.77 |
| Total | | $2,262.77 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,885.77 | $2,885.77 | $621.85 | $1.15 | $2,262.77 |
| YTD | $23,662.74 | $23,662.74 | $5,774.82 | $8.05 | $17,879.87 |