# OFFICE OF THE CHAPTER 13 TRUSTEE
## LAUREN A. HELBLING, TRUSTEE

For Cases Filed Under Chapter 13 in the United States Bankruptcy Court
Northern District of Ohio - Eastern Division (Cleveland)

**Office Address**
Lauren A. Helbling, Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland, Ohio 44114-2321
Tel: (216) 621-4268   Fax: (216) 621-4806
www.13trusteecleveland.com

**Payment Address**
Lauren A. Helbling
Chapter 13 Trustee
P.O. Box 593
Memphis, TN 38101-0593
*Include case number
  on payment

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
### For the period February 01, 2025 through January 31, 2026

Case No:  22-11140-SKK

Filed:  April 22, 2022

Debtor:  TREVOR ELKINS
3888 E 43RD ST

NEWBURGH HTS, OH  44105

Joint Debtor:  LAURA LINARES
3888 E 43RD ST

NEWBURGH HTS, OH  44105

Attorney:  DEBRA E BOOHER
(330) 253-1555

Required Plan Payment:  $3,900.00 MONTHLY

## RECONCILIATION OF FUNDS RECEIVED AND DISBURSED SINCE CASE FILED

| | | |
|---|---|---|
| Plan Payments Received: | | 168,335.93 |
| Disbursements: | | |
| Principal | 144,613.35 | |
| Interest | 9,673.48 | |
| Attorney Fee | 2,200.00 | |
| Trustee Fee | 11,794.86 | |
| | | 168,281.69 |
| Funds on Hand: | 54.24 | |
| | | 168,335.93 |

8322                     00110000021210202000

## RECEIPTS DURING TWELVE-MONTH REPORTING PERIOD

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Feb 06, 2025 | 1,800.00 | Feb 11, 2025 | 1,800.00 | Mar 03, 2025 | 1,800.00 | Mar 10, 2025 | 1,800.00 | Mar 25, 2025 | 1,800.00 |
| Apr 07, 2025 | 1,800.00 | Apr 21, 2025 | 1,800.00 | May 05, 2025 | 1,800.00 | May 20, 2025 | 1,800.00 | Jun 09, 2025 | 1,800.00 |
| Jun 16, 2025 | 1,800.00 | Jul 01, 2025 | 1,800.00 | Jul 14, 2025 | 1,800.00 | Jul 28, 2025 | 1,800.00 | Aug 11, 2025 | 1,800.00 |
| Aug 25, 2025 | 1,800.00 | Sep 08, 2025 | 1,800.00 | Sep 24, 2025 | 1,800.00 | Oct 06, 2025 | 1,800.00 | Oct 20, 2025 | 1,800.00 |
| Nov 03, 2025 | 1,800.00 | Nov 17, 2025 | 1,800.00 | Dec 01, 2025 | 1,800.00 | Dec 15, 2025 | 1,800.00 | Dec 29, 2025 | 1,800.00 |
| Jan 12, 2026 | 1,800.00 | | | | | | | | |

## DISBURSEMENTS DURING TWELVE-MONTH REPORTING PERIOD

| Claim # | Creditor Name | Acct# (Last 4 Digits) | Class | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 001 | ACAR LEASING LTD | 0432 | Unsecured | 548.04 | .00 |
| 002 | HUNTINGTON NATIONAL BANK | 9942 | Unsecured | 2,229.00 | .00 |
| 002NA | HUNTINGTON NATIONAL BANK | | Unsecured | .00 | .00 |
| 003 | LVNV FUNDING LLC | 6867 | Unsecured | 4,245.03 | .00 |
| 004 | AMERICREDIT FINANCIAL SERVICES | 8131 | Secured | 6,839.03 | 960.97 |
| 004A | AMERICREDIT FINANCIAL SERVICES | 8131 | Secured | .00 | .00 |
| 005 | DEPARTMENT OF THE TREASURY | 8907 | Priority | .00 | .00 |
| 005A | DEPARTMENT OF THE TREASURY | 8907 | Unsecured | 6,118.27 | .00 |
| 005NA | DEPARTMENT OF THE TREASURY IRS | | Unsecured | .00 | .00 |
| 006 | US BANK | 9876 | Unsecured | 1,170.05 | .00 |
| 006NA | US BANK NATIONAL ASSOC dba | | Unsecured | .00 | .00 |
| 007 | CAPITAL ONE BANK USA NA | 0443 | Unsecured | 2,098.53 | .00 |
| 007NA | CAPITAL ONE BANK | | Unsecured | .00 | .00 |
| 008NA | US DEPT OF EDUCATION/MOHELA | | Unsecured | .00 | .00 |
| 009 | ALLY FINANCIAL | 4987 | Secured | 6,001.51 | 598.49 |
| 009A | ALLY FINANCIAL | 4987 | Secured | .00 | .00 |
| 009NA | ALLY FINANCIAL | | Unsecured | .00 | .00 |
| 010 | JPMORGAN CHASE BANK NA | 0096 | Unsecured | 1,444.19 | .00 |
| 010NA | JPMORGAN CHASE BANK | | Unsecured | .00 | .00 |
| 011 | U S BANK NATIONAL ASSOCIATION DBA | 3677 | Unsecured | 541.59 | .00 |
| 011NA | US BANK NATIONAL ASSOC dba | | Unsecured | .00 | .00 |
| 012 | WELLS FARGO BANK NA | ####1745 | Unsecured | 1,573.96 | .00 |
| 012NA | WELLS FARGO BANK NA | | Unsecured | .00 | .00 |
| 013 | AMERICAN EXPRESS NATIONAL BANK | 1005 | Unsecured | 147.85 | .00 |
| 014 | JPMORGAN CHASE BANK NA | 8633 | Unsecured | 1,328.16 | .00 |
| 014NA | JPMORGAN CHASE BANK | | Unsecured | .00 | .00 |
| 015NA | LAKEVIEW LOAN SERVICING LLC | | Unsecured | .00 | .00 |
| 016 | LVNV FUNDING LLC | 9216 | Unsecured | 81.37 | .00 |
| 017 | PORTFOLIO RECOVERY ASSOCIATES LLC | 2694 | Unsecured | 1,661.73 | .00 |

8323          0011000000021210302000

CASE NO:   22-11140-SKK

DEBTOR:   TREVOR K ELKINS          JOINT DEBTOR:  LAURA  LINARES

### DISBURSEMENTS DURING TWELVE-MONTH REPORTING PERIOD

| Claim # | Creditor Name | Acct# (Last 4 Digits) | Class | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 018 | LVNV FUNDING LLC | 3634 | Unsecured | 1,767.47 | .00 |
| 019 | LVNV FUNDING LLC | 4368 | Unsecured | 542.90 | .00 |
| 020 | LVNV FUNDING LLC | 7682 | Unsecured | 1,578.19 | .00 |
| 021 | LENDINGCLUB BANK | 5842 | Unsecured | 378.48 | .00 |
| 021NA | LENDINGCLUB BANK | | Unsecured | .00 | .00 |
| 022 | U S BANK NATIONAL ASSOCIATION | 9785 | Unsecured | 943.41 | .00 |
| 022NA | US BANK NATIONAL ASSOC dba | | Unsecured | .00 | .00 |
| 023 | HSBC BANK USA NA | 1294 | Unsecured | 436.04 | .00 |
| 024 | PORTFOLIO RECOVERY ASSOCIATES LLC | 5218 | Unsecured | 451.50 | .00 |
| 799 | DEBRA E BOOHER | | Attorney Fees | .00 | .00 |
| NA001 | PORTFOLIO RECOVERY ASSOCIATES | | Unsecured | .00 | .00 |
| | USAA FEDERAL SAVINGS BK | 8949 | Unsecured | .00 | .00 |
| | CITIBANK | 8259 | Unsecured | .00 | .00 |
| | CAPITAL ONE BANK | 9604 | Unsecured | .00 | .00 |
| | FREEDOM PLUS | 4076 | Unsecured | .00 | .00 |
| | KOHLS | 1479 | Unsecured | .00 | .00 |
| | PROSPER FUNDING LLC | 7682 | Unsecured | .00 | .00 |
| | USAA FEDERAL SAVINGS BK | 3321 | Unsecured | .00 | .00 |
| | CREDIT ONE BANK | 6747 | Unsecured | .00 | .00 |
| | | | Total Paid To Date: | 42,126.30 | 1,559.46 |

8324                    001100000021210302000